**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DAVID DELGIZZI AS PRESIDENT OF ADG, INC.<br><br>Respondent. | MBD No. 23-91513 |

**UNITED STATES' PETITION TO ENFORCE**
**INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service ("IRS"), and by its attorney, Joshua S. Levy, Acting United States Attorney for the District of Massachusetts, state that:

1. This proceeding for the enforcement of an Internal Revenue Service Summons (the "Summons") is brought pursuant to I.R.C. §§ 7402(b) and 7304(a), 26 U.S.C. §§ 7402(b) and 7604(a).

2. Russell Silverstein is a Revenue Officer ("RO Silverstein") of the IRS authorized to issue summonses under the Internal Revenue Laws.

3. The respondent, David Delgizzi, resides or is found at 3 Bittersweet Lane, Weston, MA 02493 within the jurisdiction of this Court. The respondent is in possession and control of testimony and documents concerning this investigation. RO Silverstein is conducting an investigation for the collection of the tax liability of David Delgizzi as President of ADG, Inc., for the taxable period ending on 12/31/2022.

4. I.R.C. § 6301, 26 U.S.C., authorizes the Secretary of the Treasury to collect the taxes imposed by the Internal Revenue Laws. For the purpose of collecting the tax liability of any person, Section 7602 authorizes the Secretary to issue a Summons to the person to appear at a time and place named in the Summons, to produce such books, papers, records or other data, and to testify, as may be relevant or material to collecting the tax liability.

5. On January 24, 2023, RO Silverstein issued, pursuant to I.R.C. § 7602, a summons to David Delgizzi, directing him to appear before RO Silverstein at the IRS Office, 120 Liberty St, Brockton, MA 02301 on February 8, 2023, and to produce for examination and give testimony relating to documents and financial records for the period 1/1/2022 to 12/31/2022.

A copy of the Summons is attached to this Petition as Exhibit A. On January 24, 2023, at 11:53am RO Silverstein served the Summons on David Delgizzi by leaving an attested copy at the last known address with taxpayer's wife, Carolyn Delgizzi. RO Silverstein signed a certification on the face of the copy of the summons served that it is a true and correct copy of the original.

6. David Delgizzi has failed and refuses to comply with the Summons.

7. The records sought by the Summons are not now in the possession of the IRS, and their production by David Delgizzi for examination by an IRS officer is necessary to complete a Collection Information Statement.

WHEREFORE, the petitioner prays that:

1. David Delgizzi be ordered to show cause, if any he has, why he should not obey the Summons;

2. David Delgizzi be ordered to obey the Summons at a time and place to be fixed by RO Silverstein or by any other officer of the IRS authorized to examine records and take testimony; and

3. The cost of this action be awarded to the United States.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

*/s/ Julien M. Mundele*
Julien M. Mundele
Assistant United States Attorney
John J. Moakley U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3100
Julien.mundele@usdoj.gov

Dated: September 18, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing by emailing and mailing copy of the same in the United States certified mail addressed as follows:

David Delgizzi
3 Bittersweet Lane
Weston, MA 02493

*/s/ Julien M. Mundele*
Julien M. Mundele
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DAVID DELGIZZI AS PRESIDENT OF ADG, INC.<br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MBD No. 23-________ |

**[PROPOSED] ORDER TO SHOW CAUSE**

Upon the Petition, the Exhibit attached hereto, including the Declaration of Russell Silverstein, Revenue Officer of the Internal Revenue Service, and upon the United States' motion, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in the branch thereof presided over the undersigned, in Courtroom No. ____, in the United States District Courthouse in Boston, MA, on the ____ day of _____2023, at _____, to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on January 24, 2023.

It is further

ORDERED that the United States Marshal or, alternatively, any agent, Revenue Officer, or other person designated by the Internal Revenue Service serve a copy of this Order, together with the Petition and Exhibit thereto, personally upon David Delgizzi on or before October 16, 2023.

It is further

ORDERED that within five days of service of copies of this Order, Petition and Exhibit, the respondent shall file and serve a written response to the Petition.

DATED at ________________________, Massachusetts on this _______________ day of ____________, 2023.

_________________________________
JUDITH G. DEIN
UNITED STATES DISTRICT JUDGE