# Summons Referral

*(if more space is necessary, prepare attachments in quadruplicate.)*

1. Name and address of person summoned
DAVID DELGIZZI AS PRESIDENT OF
ADG INC
3 BITTERSWEET LANE
WESTON MA 02493

8. Taxpayer's name and last known address if different from Item 1.
ADG INC
157 ROUTE 6A
ORLEANS, MA 02653

2. Summons served at above address?
☒ Yes ☐ No *(Explain in Section C)*

9. Taxpayer's TIN: 04-3193389

3. Manner of Service
☐ personal service on person summoned
☐ personal service on person authorized to accept service of process- name and title:
☒ delivered to other person over 16 years old at last known address - name and relationship to person summoned: CAROLYN DELGIZZI, SPOUSE
☐ left at last known address-not delivered to anyone: *(specify method, i.e., slipped under door, attached to door, etc.)*

10. Type of Investigation
☒ delinquent account ☐ examination
☐ delinquent return ☐ other *(specify)*
☐ criminal

11. Type of tax and periods involved *(Explain in A. if periods in description of records are different from periods stated in summons caption.)*
Corporate income tax for 12/31/2012, 12/31/2013, 12/31/2014, 12/31/2015, 12/31/2016 and 12/31/2017

12. All applicable tax periods included on summons?
☒ Yes ☐ No *(Explain in Section C.)*

4. If third party summons, was notice given to all persons to whom records pertain?
☐ Yes *(indicate in Section B whether petition to quash summons was filed.) If noticee(s) other than taxpayer, list names and addresses in Section C.)*
☐ No *(Explain in Section C.)*
☒ Not a third party summons

13. Statute of limitations problems?
☐ Yes *(Explain in Section C.)* ☒ No

14. Tax liability involved
assessed 360,967.34
estimated 555,159.11 *(Explain in Section C.)*

5. Date of Service 01/24/2023 | Appearance Date 02/08/2023

15. Taxpayer Category *(corporation, salaried individual, etc.; include spouse if applicable)*
Corporation

6. Person Summoned
☒ did not appear ☐ appeared but did not provide all summoned information

16. Other civil, criminal, or administrative actions *(Summons enforcement, suit, seizure, etc.)* pending against taxpayer or person summoned?
☐ Yes *(Explain in Section C.)* ☒ No

7. Does the IRS possess any of summoned information?
☐ Yes *(Explain in Section C.)* ☒ No

17. Has there been a referral of this or a related case to the Department of Justice?
☐ Yes *(Explain in Section C.)* ☒ No

A. Describe exact purpose of summons and relevance of summoned information to periods under investigation:
To secure a Collection Information Statement for Businesses, Form 433B, and supporting documents from January 1 2022 through December 31 2022 as requested in the summons to assist in determining the corpation's ability to pay its Federal Income Tax Liability.

B. Reason for not complying, if known:
Unknown

C. Other Information *(Include synopsis of attempts to obtain information before summons was issued, if summoned person is the taxpayer.)*

| Referring Officers Name, Telephone Number, Office Location, and Office Symbols | Referring Officer's Signature | Date Referred |
|---|---|---|
| RUSSELL S SILVERSTEIN, ,(203) 492-8654 21023724 | Russell S Silverstein | 02/08/2023 |
| Issuing Officer's Name | | Date Issued |
| Approved by (Signature and Title)—**If Required** / Date Approved | Reviewed by (Signature and Title) | Date Reviewed |

Form **4443** (Rev. 2-93) **Part #1** Department of the Treasury Internal Revenue Service

# Summons
# Collection Information Statement

**In the matter of** ADG INC, 157 ROUTE 6A, ORLEANS, MA 02653

**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED

**Industry/Area** *(Identify by number or name)* Small Business / Self Employed

**Periods:** See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

**To:** DAVID DELGIZZI AS PRESIDENT OF

**At:** ADG INC, 3 BITTERSWEET LANE, WESTON, MA 02493

You are hereby summoned and required to appear before_, an Internal Revenue ServiceRUSSELL S SILVERSTEIN *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From **01/01/2022** To **12/31/2022**

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, stored value cards, online and mobile accounts, virtual currency, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
120 LIBERTY STREET, BROCKTON, MA 02301 (203) 492-8654

**Place and time for appearance: At** 120 LIBERTY STREET, BROCKTON, MA 02301

on the 8th day of February, 2023 at 9:00 o'clock am.

**Issued under authority of the Internal Revenue Code this** 23rd **day of** January , 2023

| Signature of issuing officer | Title |
|---|---|
| RUSSELL S SILVERSTEIN | REVENUE OFFICER |
| Signature of approving officer *(if applicable)* | Title |

# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | 1/24/2023 | Time | 11:53 |
|---|---|---|---|

**How Summons Was Served**

☐ 1. I handed an attested copy of the summons to the person to whom it was directed.

☒ 2. I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

Carolyn Delgizzi

| Signature | [signature] | Title | Revenue Officer |
|---|---|---|---|

Not required

**I certify that the copy of the summons served contained the required certification.**

| Signature | [signature] | Title | Revenue Officer |
|---|---|---|---|

## Attachment to Summons Form 1 6637

In the matter of ADG INC

Period information: Form 1120 for the fiscal periods ending December 31, 2012, December 31, 2013, December 31, 2014, December 31, 2015, December 31, 2016 and December 31, 2017