UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> v. <br><br> DAVID DELGIZZI AS PRESIDENT OF ADG, INC. <br><br> Respondent. | MBD No. 23-91513 |

**Respondent, David DelGizzi as President of ADG, Inc Motion for a Continuance of the Show Cause Hearing**

The Respondent, David DelGizz1, as President of ADG, Inc kindly asks this Court for a short continuance on the Show Cause Hearing scheduled for December 13, 2023. In suport of this continuance the Respondent states that:

1. Unfortuantely my daughter who is located in Ohio remains very sick and I have been spending most of my time there caring for her and have limited access to email

2. The Show Cause Notice that was served upon me only asked for documents for 2022 which there are not any as the business was closed that year.

3. I now umderstand that there are documents requested for additional years and I am in the process of gathering those together and intend on producing everything that I have.

4. I just require three to four more weeks to gather and produce all that is requested and hope that you allow this motion.

Respectfully subitted

David DelGizzi, President of ADG,INC