# Summons Referral
*(if more space is necessary, prepare attachments in quadruplicate.)*

| | | | |
|---|---|---|---|
| 1. | Name and address of person summoned<br>DAVID DELGIZZI AS PRESIDENT OF<br>ADG INC<br>3 BITTERSWEET LANE<br>WESTON MA 02493 | 8. | Taxpayer's name and last known address if different from Item 1.<br>ADG INC<br>157 ROUTE 6A<br>ORLEANS, MA 02653 |
| 2. | Summons served at above address?<br>☒ Yes     ☐ No *(Explain in Section C)* | 9. | Taxpayer's TIN:   04-3193389 |
| 3. | Manner of Service<br>☐ personal service on person summoned<br>☐ personal service on person authorized to accept service of process-name and title:<br>☒ delivered to other person over 16 years old at last known address - name and relationship to person summoned: CAROLYN DELGIZZI, SPOUSE<br>☐ left at last known address-not delivered to anyone: *(specify method, i.e., slipped under door, attached to door, etc.)* | 10. | Type of Investigation<br>☒ delinquent account     ☐ examination<br>☐ delinquent return     ☐ other *(specify)*<br>☐ criminal |
| | | 11. | Type of tax and periods involved *(Explain in A. if periods in description of records are different from periods stated in summons caption.)*<br>Corporate income tax for 12/31/2012, 12/31/2013, 12/31/2014, 12/31/2015, 12/31/2016 and 12/31/2017 |
| | | 12. | All applicable tax periods included on summons?<br>☒ Yes     ☐ No *(Explain in Section C.)* |
| 4. | If third party summons, was notice given to all persons to whom records pertain?<br>☐ Yes *(indicate in Section B whether petition to quash summons was filed.)* If noticee(s) other than taxpayer, list names and addresses in Section C.)<br>☐ No *(Explain in Section C.)*<br>☒ Not a third party summons | 13. | Statute of limitations problems?<br>☐ Yes *(Explain in Section C.)*     ☒ No |
| | | 14. | Tax liability involved<br>assessed    360,967.34<br>estimated   555,159.11     *(Explain in Section C.)* |
| 5. | Date of Service   01/24/2023     Appearance Date   02/08/2023 | 15. | Taxpayer Category *(corporation, salaried individual, etc.; include spouse if applicable)*     Corporation |
| 6. | Person Summoned<br>☒ did not appear     ☐ appeared but did not provide all summoned information | 16. | Other civil, criminal, or administrative actions *(Summons enforcement, suit, seizure, etc.)* pending against taxpayer or person summoned?<br>☐ Yes *(Explain in Section C.)*     ☒ No |
| 7. | Does the IRS possess any of summoned information?<br>☐ Yes *(Explain in Section C.)*     ☒ No | 17. | Has there been a referral of this or a related case to the Department of Justice?<br>☐ Yes *(Explain in Section C.)*     ☒ No |

A. Describe exact purpose of summons and relevance of summoned information to periods under investigation:
To secure a Collection Information Statement for Businesses, Form 433B, and supporting documents from January 1 2022 through December 31 2022  as requested in the summons to assist in determining the corpation's ability to pay its Federal Income Tax Liability.

B. Reason for not complying, if known:
Unknown

C. Other Information *(Include synopsis of attempts to obtain information before summons was issued, if summoned person is the taxpayer.)*

| | | |
|---|---|---|
| Referring Officers Name, Telephone Number, Office Location, and Office Symbols<br>RUSSELL S SILVERSTEIN, ,(203) 492-8654  21023724 | Referring Officer's Signature<br>*Russell S Silverstein* | Date Referred<br>02/08/2023 |
| Issuing Officer's Name | | Date Issued |
| Approved by (Signature and Title)—If Required   Date Approved | Reviewed by (Signature and Title) | Date Reviewed |

Form **4443** (Rev. 2-93)          Part #1          Department of the Treasury
                                                    Internal Revenue Service

# Summons
## Collection Information Statement

In the matter of  ADG INC, 157 ROUTE 6A, ORLEANS, MA 02653
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  Small Business / Self Employed
Periods:  See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

To:  DAVID DELGIZZI AS PRESIDENT OF
At:  ADG INC, 3 BITTERSWEET LANE, WESTON, MA 02493

You are hereby summoned and required to appear before , an Internal Revenue ServiceRUSSELL S SILVERSTEIN *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From  01/01/2022 To  12/31/2022

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, stored value cards, online and mobile accounts, virtual currency, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
 120 LIBERTY STREET, BROCKTON, MA  02301  (203) 492-8654

Place and time for appearance: At  120 LIBERTY STREET, BROCKTON, MA 02301

on the  8th day of  February,  2023 at  9:00 o'clock  am.

Issued under authority of the Internal Revenue Code this  23rd  day of January , 2023

Signature of issuing officer | Title
RUSSELL S SILVERSTEIN | REVENUE OFFICER
Signature of approving officer *(if applicable)* | Title

Form 6637 (Rev. 6-2020)    Catalog Number 25000Q    publish.no.irs.gov    Department of the Treasury – Internal Revenue Service
Original -- to be kept by IRS

## Certificate of Service of Summons
(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 1/24/2023

Time: 11:53

**How Summons Was Served**

☐ 1. I handed an attested copy of the summons to the person to whom it was directed.

☒ 2. I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

Carolyn Delguzzi

Signature: [signed]

Title: Revenue Officer

Not required

I certify that the copy of the summons served contained the required certification.

Signature: [signed]

Title: Revenue Officer

Form 6637 (Rev. 6-2020)    Catalog No. 25000Q    publish.no.irs.gov    Department of the Treasury – Internal Revenue Service

## Attachment to Summons Form 1 6637

In the matter of _____ **ADG INC**

Period information: Form 1120 for the fiscal periods ending December 31, 2012, December 31, 2013, December 31, 2014, December 31, 2015, December 31, 2016 and December 31, 2017