**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 23-915 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| David Delgizzi as President of ADG, Inc. | |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
David Delgizzi

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
~~3 Bittersweet Lane, Weston, MA 02493~~   3 Bittersweet Lane, Weston, MA 02493

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Joshua S. Levy c/o Julien Mundele
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form 285:
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of:
JULIEN MUNDELE   Digitally signed by JULIEN MUNDELE   Date: 2023.09.18 16:11:03 -04'00'
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 617-748-3253

DATE:

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Carolynn Delgizzi, Wife

Date: 10/13/23   Time: 11:36   ☒ am  ☐ pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy: MV

Costs shown on *attached USMS Cost Sheet* >>

REMARKS
Served wife @ residence

Form USM-285
Rev. 03/21